MURDO TOLMIE, as Surviving Partner of the Firm of WOOD & TOLMIE, Appellant, *v.* THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent.

*Tolmie* v. *Fidelity & Casualty Co.*, 95 App. Div. 352, affirmed.
(Argued January 12, 1906; decided January 30, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1904, affirming a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*Edwin A. Jones* for respondent.

Judgment affirmed, with costs, no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.